### 31588. GILLILAND et al. v. THE STATE.

PER CURIAM.

The application for a writ of certiorari is granted, and the judgment of the Court of Appeals is vacated. Rule 36(c) of this court.

This case is remanded to the Court of Appeals for further consideration in the light of this court's decision in *Patterson v. State,* 238 Ga. 204 (232 SE2d 233) (1977).

*Judgment vacated and case remanded. All the Justices concur.*

DECIDED MARCH 11, 1977.

*Al Horn,* for appellants.
*Lewis R. Slaton, District Attorney,* for appellee.